**Fill in this information to identify the case:**

Debtor 1: James E Kreller

Debtor 2 (Spouse, if filing): Elaina Kreller

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 13-38767

# Form 4100R
## Response to Notice of Final Cure Payment           10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no. (if known):** _____

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 7 4

**Property address:** 17 Oxford Drive
Number   Street

Lincolnshire      IL      60069
City             State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06/01/2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ _____

c. **Total.** Add lines a and b.                                                (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

Debtor 1    James E Kreller      Case number (if known) 13-38767
        First Name   Middle Name   Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Zhiqi Wu      Date 05/15/2018
Signature

Print    Zhiqi Wu      Title Attorney
      First Name   Middle Name   Last Name

Company    Heavner, Beyers & Mihlar, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    P.O. Box 740
         Number    Street

        Decatur      IL    62525
        City      State   ZIP Code

Contact phone (217) 422 - 1719      Email bkdept@hsbattys.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 13-38767 |
| James E Kreller and<br>Elaina Kreller, | Chapter 13 |
| | Honorable A. Benjamin Goldgar |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on May 15, 2018, upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on May 15, 2018, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 15th day of May, 2018.

**Service by Mail:**

James E Kreller
500 E Grant Street #2110
Minneapolis, MN 55404

Elaina Kreller
500 E Grant Street #2110
Minneapolis, MN 55404

**Service by Electronic Notice through ECF:**

David Freydin
8707 Skokie Blvd Suite 305
Skokie, IL 60077

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Suite 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

/s/ Zhiqi Wu
Zhiqi Wu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754